FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0112



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0112

SHARON UHLIG,

      Plaintiff and Appellant,

v.

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Defendant and Appellee.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Charles J. Tornabene, Attorney at Law, 3250 Loraine Drive, Missoula, MT 59803, (406)493-1331,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this March 17, 2020.

Bowen Greenwood, Clerk of the Supreme Court

c:    Paul Robert Haffeman, Attorney at Law, P.O. Box 2103, Great Falls, MT 59403, paul.haffeman@dhhtlaw.com, (406)761-5243
      Paul M. Sharkey, Attorney at Law, 2801 Raymond, Missoula, MT 59802, paul@sharlkeylawfirm.com, (406)531-4487